# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Appellant,
vs.
H.D.S.P. - DOC; NEVADA INMATE
BANK SYSTEM; AND THE STATE OF
NEVADA,
Respondents.

No. 66868

FILED

FEB 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court affirming a judgment of the justice court in a small claims matter. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, sec. 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

---

[1]In light of this disposition, appellant's motion to waive the filing fee is denied as moot.

16-03626

cc:    Hon. Jerry A. Wiese, District Judge
John Elvin Turner
Attorney General/Carson City
Attorney General/Las Vegas
Eighth Judicial District Court Clerk